UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Gary Lamont Holt, Jr., | ) | Case No. 3:09-cv-1154 |
| | ) | Chief Judge Todd J. Campbell |
| Plaintiff, | ) | Magistrate Judge Knowles |
| | ) | |
| v. | ) | |
| | ) | |
| Davidson County Sheriff Office and | ) | |
| ABL Food Management, Inc., | ) | |
| | ) | |
| Defendants, | ) | |

## DENIAL OF ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Pending are Plaintiff's Requests for Entry of Default and Motion for Default Judgment (Docket Entries 31&32, respectively). Plaintiff's Request for Entry of Default is denied as it is made against the Davidson County Clerk, who was not named in the Complaint and is not a party to this action. Plaintiff's Motion for Default Judgment is denied for the reason that Plaintiff does not state in the motion which Defendant the motion is made against.

Accordingly, Plaintiff's Motions are denied.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1