RECEIVED
IN CLERK'S OFFICE
APR 2 1 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

**ORDER:** Motion denied. There is no Court proceedings scheduled for April 27, 2010, in this Action.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

GARY L. HOLT, Jr.,
PETITIONER/PLAINTIFF,

vs.

DAVIDSON COUNTY SHERIFF'S
OFFICE, et al.,
RESPONDENT/DEFENDANT,

)
)
)   Civil Action No. 3:09-CV-01154
)   JUDGE CAMMPBELL/KNOWLES
)

---

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now, Gary L. Holt Jr., by and through Himself, pro-se, and respectfully submits unto this Honorable Court his "Petition for Writ of Habeas Corpus Ad Testificandum", requiring the Warden, Tony Parker of NWCX, located in Lake County, Tiptonville, Tennessee, to bring the person of prisoner, Gary L. Holt, TDOC #284164, before this Honorable Court on the 27th day of April 2010, and/or subsequent Court Docket date set hearings for the purposes of testifying in the above captioned cause.

In support of this Petition, the Petitioner/Plaintiff submits the following:

1. Inmate Gary L. Holt, TDOC #284164, has knowledge, being the Plaintiff, of the following: Civil Action filed in the United States District Court for the Middle District of Tennessee at Nashville set for 27th day of April 2010 and/or subsequent Case Docket date set hearings. Furthermore he has acquired personal knowledge and information that is relevant to this case

1