**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **GARY LAMONT HOLT, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 3:09-1154** |
| | ) | **JUDGE CAMPBELL/KNOWLES** |
| | ) | |
| **DAVIDSON COUNTY SHERIFF'S** | ) | |
| **OFFICE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The undersigned previously submitted a Report and Recommendation (Docket No. 86) recommending that a Motion for Summary Judgment filed by Defendant ABL Food Management, Inc. (Docket No. 49) be granted. Plaintiff, who is proceeding pro se, filed a document headed "Plaintiff's Objection to Magistrate's Report and Recommendation." Docket No. 90.

Judge Campbell subsequently rejected the Report and Recommendation, recommitting the case to the undersigned "to consider Plaintiff's Objections." Docket No. 91. Judge Campbell's Order also provides, "The Magistrate Judge shall then file a Report and Recommendation addressing in detail Plaintiff's First Amendment Claim for injury to his constitutional right and any related *respondeat superior* issues." *Id.*

Judge Campbell's Order was entered prior to Defendant's filing a Response to Plaintiff's Objections. *See* Fed. R. Civ. P. 72(b)(2). Thus, the undersigned believes that it is appropriate to consider any Response Defendant ABL may have to Plaintiff's Objections.

Therefore, within twenty (20) days of the entry of the instant Order, Defendant ABL shall

file a Response to Plaintiff's Objections, addressing the referenced matters.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge