IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARY LAMONT HOLT, JR.                )
                                     )
v.                                   ) NO. 3-09-1154
                                     ) JUDGE CAMPBELL
DAVIDSON COUNTY SHERIFF'S            )
OFFICE, et al.                       )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 99), in which the Magistrate Judge recommends that Defendant ABL's Motion for Summary Judgment be granted. Since the filing of the Report and Recommendation, Plaintiff has filed a document titled "Respond ABL Food Company of Summary Judgment" (Docket No. 105), to which Defendant filed a Reply (Docket No. 106). The Court has construed Plaintiff's Response (Docket No. 105) as Objections to the Report and Recommendation and Defendant's Reply (Docket No. 106) as a Response to those Objections.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the recent filings, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved. Accordingly, Defendant ABL's Motion for Summary Judgment (Docket No. 49) is GRANTED, and Plaintiff's claims against this last remaining Defendant are DISMISSED.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE